Commonwealth *v.* Butler, Appellant.

Submitted September 13, 1971. *Michael M. Baylson,* and *Duane, Morris & Heckscher,* for appellant; *Richard Steel* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: In the appeal at No. 138, October Term, 1971, the judgment of sentence is vacated,

and the record remanded to allow appellant to file post-trial motions nunc pro tunc, with the assistance of counsel. *Commonwealth v. Leamer,* 440 Pa. 37, 269 A. 2d 708 (1970).

In the appeals at Nos. 139, 140, and 141, October Term, 1971, the judgment of sentence is affirmed.